1  W. Zev Abramson, Esq. #289387
    wza@abramsonlabor.com
2  Nissim Levin, Esq. #306376
    Nissim@abramsonlabor.com
3  Christina Begakis, Esq. #316779
    christina@abramsonlabor.com
4  Baruch Kreimna, Esq. #306328
    baruch@abramsonlabor.com
5  **ABRAMSON LABOR GROUP**
   11846 Ventura Blvd. Ste. 100
6  Studio City, California 91604
   (213) 493-6300 - Telephone
7  (213) 382-4083 - Facsimile

8  Attorneys for Plaintiff,
   MICHAEL TIPTON
9

10
               **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | | |
|---|---|
| MICHAEL TIPTON, an Individual, | Case No.: 2:22-cv-01326-ODW(JPRx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT PURSUANT TO 28 USC §1447(c)** |
| vs. | |
| WAL-MART STORES, INC., a Delaware Corporation; BRENDAN TALBOTT, an Individual; and DOES 1-100, inclusive | *Filed concurrently with Points and Authorities; Declaration of Baruch Kreiman; and Proposed Order* |
| Defendants. | Judge: Hon. Otis D. Wright, II |
| | Date: May 2, 2022 |
| | Time: 1:30 P.M. |
| | Courtroom: 5D |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 P.M. on Monday May 2, 2022, in Courtroom 5D of the above-entitled court, located at 350 West First Street, Los Angeles, California 90012, Plaintiff Michael Tipton will and hereby does move this

Court for an order, pursuant to 28 U.S.C. § 1447(c) and this Court's local rules, remanding this case to the Superior Court of California in the County of Los Angeles for the reasons set forth herein.

This motion is made on the ground that the federal court lacks subject matter juridisction over the case and on the ground that the matter was improperly removed by Defendants from Los Angeles County Superior Court this second time. Defendant has failed to provide evidence sufficient to prove that complete diversity exists in this case. *See*, 28 U.S.C. § 1332(a). Further, the state court complaint raises only state law claims. No federal statute or policy is implicated in the case.

Plaintiff's motion for remand is further based upon this notice of motion, the memorandum of points and authorities in support thereof, the declaration of Baruch Kreiman, and such other and further evidence and argument, both written and oral, as may be presented to the Court.

Respectfully submitted,

DATED: March 28, 2022                                              **ABRAMSON LABOR GROUP**

By: ___/s/_____
    Baruch Kreiman, Esq.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11846 Ventura Blvd., Ste. 100, Studio City, California 91604.

On the below date, I served a true copies of the foregoing documents described as **NOTICE OF MOTION AND MOTION TO REMAND THIS ACTION TO STATE COURT PURSUANT TO 28 USC §1447(c)** on all interested parties in this action directed as follows:

Daniel F. Fears, Esq.
Andrew K. Haeffele, Esq.
Megan Mackie, Esq.
PAYNE & FEARS
4 Park Plaza, Suite 1100
Irvine, California 92614
*Attorneys for Defendant, Walmart, Inc.*

/_X_/ With the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

/___/ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to addressee.

/___/ (BY OVERNIGHT MAIL)  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice it would be deposited with an overnight delivery service, courier fees paid, in accordance with the courier services terms.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 28, 2022 at Los Angeles, California.

                                             /s/_____
                                             Declarant, Baruch Kreiman